IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| V.R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ROBLOX CORPORATION,<br><br>　　　　Defendant. | Case No. 22-cv-02716-MMC<br><br>**ORDER VACATING HEARING ON DEFENDANT'S MOTION TO DISMISS** |

　　Before the Court is defendant Roblox Corporation's Motion to Dismiss, filed June 30, 2022. Plaintiff V.R. has filed opposition, to which defendant has replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter appropriate for determination on the parties' respective written submissions, and hereby VACATES the hearing scheduled for September 30, 2022.

　　**IT IS SO ORDERED.**

Dated: September 27, 2022

　　　　　　　　　　　　　　　　　　　　　　MAXINE M. CHESNEY
　　　　　　　　　　　　　　　　　　　　　　United States District Judge