1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

V.R.,

           Plaintiff.

      v.

ROBLOX CORPORATION,

           Defendant.

Case No.  22-cv-02716-MMC

**JUDGMENT IN A CIVIL CASE**

Re: Dkt. No. 46

    **( )  Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

    **(X)  Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    Defendant's motion to dismiss is hereby GRANTED, as the claims alleged are not ripe, and the First Amended Complaint is hereby DISMISSED, without further leave to amend.

    **IT IS SO ORDERED AND ADJUDGED**

Dated: 1/25/2023

                Mark B. Busby, Clerk of Court



                Tracy Geiger
                Deputy Clerk