# UNITED STATES DISTRICT COURT

**FOR THE DISTRICT OF** Northern California

## Form 1. Notice of Appeal from a Judgment or Order of a United States District Court

U.S. District Court case number: 3:22-cv-02716-MMC

Notice is hereby given that the appellant(s) listed below hereby appeal(s) to the United States Court of Appeals for the Ninth Circuit.

Date case was first filed in U.S. District Court: May 5, 2022

Date of judgment or order you are appealing: January 25, 2023

Docket entry number of judgment or order you are appealing: 46

Fee paid for appeal? *(appeal fees are paid at the U.S. District Court)*
◉ Yes  ○ No  ○ IFP was granted by U.S. District Court

**List all Appellants** *(List each party filing the appeal. Do not use "et al." or other abbreviations.)*

Plaintiff V.R.

Is this a cross-appeal?  ○ Yes  ◉ No

If yes, what is the first appeal case number?

Was there a previous appeal in this case?  ○ Yes  ◉ No

If yes, what is the prior appeal case number?

Your mailing address (if pro se):

City:          State:          Zip Code:

Prisoner Inmate or A Number (if applicable):

**Signature** /s/ L. Timothy Fisher          **Date** February 15, 2023

*Complete and file with the attached representation statement in the U.S. District Court*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 1                                                                 Rev. 06/09/2022

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 6. Representation Statement

*Instructions for this form: http://www.ca9.uscourts.gov/forms/form06instructions.pdf*

**Appellant(s)** *(List **each** party filing the appeal, do not use "et al." or other abbreviations.)*

Name(s) of party/parties:

Plaintiff V.R.

Name(s) of counsel (if any):

L. Timothy Fisher
Matthew A Girardi
Julian Cole Diamond

Address: 1990 North California Boulevard, Suite 940, Walnut Creek, CA 94596

Telephone number(s): (925) 300-4455

Email(s): ltfisher@bursor.com; jdiamond@bursor.com; mgirardi@bursor.com

Is counsel registered for Electronic Filing in the 9th Circuit?  ● Yes   ○ No

**Appellee(s)** *(List only the names of parties and counsel who will oppose you on appeal. List separately represented parties separately.)*

Name(s) of party/parties:

Defendant Roblox Corporation

Name(s) of counsel (if any):

Anthony J. Weibell
Carmen Sobczak
Thomas Robert Wakefield

Address: 650 Page Mill Road, Palo Alto, CA 94304

Telephone number(s): (650) 354-4134; (415) 947-2174; 650-849-3114

Email(s): aweibell@wsgr.com; csobczak@wsgr.com; twakefield@wsgr.com

*To list additional parties and/or counsel, use next page.*

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      1                              *New 12/01/2018*

Continued list of parties and counsel: *(attach additional pages as necessary)*

**<u>Appellants</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Is counsel registered for Electronic Filing in the 9th Circuit?   ○ Yes   ○ No

**<u>Appellees</u>**

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Name(s) of party/parties:

Name(s) of counsel (if any):

Address:

Telephone number(s):

Email(s):

Feedback or questions about this form? Email us at *forms@ca9.uscourts.gov*

**Form 6**                                      2                                      *New 12/01/2018*